# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

TAMMY TAYLOR-WELLS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2813

————————————————

November 14, 2025

Appeal from the County Court for Pinellas County; Robert Dittmer, Judge.

Blair Allen, Public Defender, and Greg Bushn, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.


PER CURIAM.

    Affirmed.

NORTHCUTT, BLACK, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.